# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph D. Taggart and Fonda Taggart <u>Debtor(s)</u> | BKY. NO. 14-04951 MDF<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0638

                                                 Respectfully submitted,

                                                 <u>**/s/ Thomas Puleo**</u>
                                                 Thomas Puleo, Esquire
                                                 James C. Warmbrodt, Esquire
                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 825-6306  FAX (215) 825-6406
                                                 Attorney for Movant/Applicant