In re:                                                              Case No. 14-04951-MDF
Joseph D. Taggart                                                   Chapter 13
Fonda Taggart
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: DGeorge        Page 1 of 2        Date Rcvd: Feb 02, 2017
                           Form ID: pdf010       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 04, 2017.
```
db/jdb      +Joseph D. Taggart,   Fonda Taggart,   233 Willis Road,   Etters, PA 17319-8924
4562957     +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
4604830      Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
4562958     +Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
4562959     +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
4562960     +Commonwealth of Pennsylvania,   Bureau of Labor and Industry,
             Office of Unemp Comp Tax Services OUCTS,   PO Box 60848,   Harrisburg, PA 17106-0848
4562961     +Deborah A Hughes, Esquire,   2080 Linglestown Road, Suite 201,   Harrisburg, PA 17110-9670
4569917     +Department Stores National Bank/Macy's,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
4586138     +Fulton Bank, N.A. formerly known as Fulton Bank,   Barley Snyder,   c/o Shawn M. Long, Esquire,
             126 East King Street,   Lancaster, PA 17602-2893
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr           E-mail/Text: cio.bncmail@irs.gov Feb 02 2017 19:11:29     Internal Revenue Service,
             Special Procedures Branch,   P.O. Box 12051, Room 6404,   Philadelphia, PA  19105
4562963     +E-mail/Text: bankruptcy@fult.com Feb 02 2017 19:12:02     Fulton Bank,   1695 State Street,
             East Petersburg, PA 17520-1328
4562966     +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2017 19:17:13     JC Penney/Synchrony Bank,
             PO Box 960090,   Orlando, FL 32896-0090
4613315      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 02 2017 19:17:15
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
4562969      E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 19:11:40
             Pennsylvania Department of Revenue,   Dept. 280946,   ATTN:  Bankruptcy Division,
             Harrisburg, PA  17128-0946
4562970     +E-mail/PDF: gecsedi@recoverycorp.com Feb 02 2017 19:17:13     Sams Club/Synchrony Bank,
             PO Box 530942,   Atlanta, GA 30353-0942
                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4562962*    +Fonda Taggart,   233 Willis Road,   Etters, PA 17319-8924
4562965*    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   PO Box 21126,   Philadelphia, PA  19114)
4562964*     Internal Revenue Service,   Insolvency Section - BK notice,   PO Box 7346,
             Philadelphia, PA  19101-7346
4562967*    +Joseph D. Taggart,   233 Willis Road,   Etters, PA 17319-8924
4562968     ##+Macys,   PO Box 17759,   Clearwater, FL 33762-0759
                                                                      TOTALS: 0, * 4, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 2, 2017 at the address(es) listed below:

          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          Deborah A. Hughes    on behalf of Debtor Joseph D. Taggart dhughes@ssbc-law.com,
          bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
          Deborah A. Hughes    on behalf of Joint Debtor Fonda  Taggart dhughes@ssbc-law.com,
          bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
          Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                          TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
JOSEPH D. TAGGART
FONDA TAGGART

Chapter 13

Case No.: 1:14-bk-04951-MDF

Debtor/Movant

**ORDER FIXING TIME TO FILE COMPLAINT
TO DETERMINE DISCHARGEABILITY**

Debtor(s), having filed a Motion for a Hardship Discharge pursuant to 11

U.S.C. § 1328(b), it is hereby

ORDERED that the deadline to file a complaint to determine the

dischargeability of any debt under § 523 (a)(2),(4),(6) and (15) of the Bankruptcy Code

is set for March 6, 2017.

By the Court,

Dated: February 2, 2017

*Mary D. France*

Bankruptcy Judge
(VK)