In re:                                                          Case No. 14-04951-RNO
Joseph D. Taggart                                               Chapter 13
Fonda Taggart
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: JGoodling          Page 1 of 1          Date Rcvd: Mar 27, 2017
                              Form ID: pdf010          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2017.
db/jdb          +Joseph D. Taggart,   Fonda Taggart,   233 Willis Road,   Etters, PA 17319-8924

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: cio.bncmail@irs.gov Mar 27 2017 19:02:30      Internal Revenue Service,
                Special Procedures Branch,   P.O. Box 12051, Room 6404,   Philadelphia, PA  19105
                                                                              TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Deborah A. Hughes    on behalf of Debtor Joseph D. Taggart dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Deborah A. Hughes    on behalf of Joint Debtor Fonda  Taggart dhughes@ssbc-law.com,
               bankruptcy.dhughes@gmail.com;kshirk@ssbc-law.com
              Joshua I Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor   BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

———

| | |
|---|---|
| IN RE: | : IN BANKRUPTCY |
| JOSEPH D. TAGGART | : CHAPTER 13 PROCEEDING |
| FONDA TAGGART | : |
| Debtors | : NO. 1-14-04951 |

## ORDER DISCHARGING DEBTOR
## BEFORE COMPLETION OF CHAPTER 13 PLAN

The Court finds that the debtors filed a petition under title 11, United States Code, on October 27, 2014, that the debtor's plan has been confirmed on March 11, 2015, that the debtor has applied for a discharge without completing all payments required to be made under the plan, and that the debtor is entitled to a discharge under 11 U.S.C. § 1328(b).

IT IS ORDERED THAT:

1.     Pursuant to 11 U.S.C. § 1328(c), the debtor is discharged from all unsecured debts provided for by the plan or disallowed under 11 U.S.C. §502, except any debt:

      a.      provided for under 11 U.S.C. §1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due; or

      b.      of a kind specified in 11 U.S.C. § 523(a).

2.     Pursuant to 11 U.S.C. § 1328 (d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. § 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practicable and was not obtained.

3.     Notwithstanding the provisions of title 11, United States Code, the debtor is not discharged from any debt made nondischargeable by 18 U.S.C. § 3613(f), by certain provisions of titles 10, 37, 38, 42 and 50 of the United States Code, or by any other applicable provision of law.

4.     All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

By the Court,

*Robert N. Opel II*
_____
Robert N. Opel, II, Chief Bankruptcy Judge

(DG)

Dated: March 27, 2017